AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America<br>v.<br><br>RICK DAVID VANTHIEL<br><br>_____<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  2:15-mj-1105-CWH |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    RICK DAVID VANTHIEL                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 922(g) – Possession of a Firearm or Ammunition by a Prohibited Person.

___FILED    ___RECEIVED
___ENTERED    ___SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 24 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

Date:  11/20/15

City and state:   Las Vegas, Nevada

C.W. HOFFMAN, JR.
*Issuing officer's signature*

UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/20/15  , and the person was arrested on *(date)* 11/23/15
at *(city and state)*  Las Vegas, NV               .

Date:  11/23/15

[signature]
*Arresting officer's signature*

Vanitha Pandi, Special Agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____