AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Nevada

99449813

United States of America

v.

RICK DAVID VANTHIEL

)
)
)
)
)
)
)

Case No.  2:15-mj-1105-CWH

— Defendant

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   RICK DAVID VANTHIEL
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 922(g) – Possession of a Firearm or Ammunition by a Prohibited Person.

___ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 25 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

Date:   11/20/2015

City and state:    Las Vegas, Nevada

_____
Issuing officer's signature

UNITED STATES MAGISTRATE JUDGE
_____
Printed name and title

---

**Return**

This warrant was received on (date)  11/23/2015 , and the person was arrested on (date)  11/24/2015
at (city and state)   LAS VEGAS, NV

Date:  11/24/2015

_____
Arresting officer's signature

FBI
_____
Printed name and title