RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
WILLIAM CARRICO
State Bar No. 003042
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Rick David Vanthiel

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-mj-1105-CWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| vs. | ) | |
| | ) | |
| RICK DAVID VANTHIEL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE is hereby given that Assistant Federal Public Defender, William Carrico, will serve as counsel for the above-captioned defendant.

Counsel's address is as follows:

      Federal Public Defender
      411 E. Bonneville Avenue, Suite 250
      Las Vegas, Nevada 89101

DATED this 3rd day of December, 2015.

      RENE VALLADARES
      Federal Public Defender

      */s/ William Carrico*
   By:_____
      WILLIAM CARRICO,
      Assistant Federal Public Defender

1

## CERTIFICATE OF ELECTRONIC SERVICE

2        The undersigned hereby certifies that she is an employee of the Federal Public Defender

3   for the District of Nevada and is a person of such age and discretion as to be competent to

4   serve papers.

5        That on December 3, 2015, she served an electronic copy of the above and foregoing

6   **NOTICE OF APPEARANCE** by electronic service (ECF) to the person named below:

7

8         DANIEL BOGDEN
      United States Attorney
      JARED GRIMMER

9         333 Las Vegas Blvd. So. 5th Floor
      Las Vegas, NV 89101

10

11

12         */s/ Juanita Robeson*
      Employee of the Federal Public Defender

13

14

15

16

17

18

19

20

21

22

23

24

2